### STATE ex rel. MOTHERSEAD, Bank Com'r, v. GRAY et al.

No. 16110—Opinion Filed July 27, 1926.

Rehearing Denied Oct. 5, 1926.

Appeal from District Court, Logan County; Charles C. Smith, Judge.

Action by the State of Oklahoma ex rel. O. B. Mothersead, Bank Commissioner, against Lyman J. Gray and F. E. Cullison. Judgment for defendants, and plaintiff brings error. Reversed and remanded.

M. W. McKenzie and Fred W. Green, for plaintiff in error.

F. H. McGuire and Embry, Johnson & Tolbert, for defendant in error F. E. Cullison.

PHELPS, J. This cause comes here on appeal from the district court of Logan county, and the facts presented are identical with the facts presented in cause No 16149, State ex rel. Joe H. Strain, Bank Commissioner. v. Fred Fleming and N. V. Leonard, opinion filed November 17, 1925, 121 Okla. 34, 247 Pac. 688, which opinion and the syllabus thereof are adopted as the opinion and syllabus in this case.

The judgment of the district court of Logan county is therefore reversed, and the cause remanded. with instructions to the trial court to render judgment for plaintiff.

All the Justices concur.